# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Ann Benson,                                                            Civil No. 05-1292-(RHK/JJG)

       Plaintiff,

vs.                                                                      **ORDER FOR DISMISSAL**
                                                                         **WITH PREJUDICE**

Gabberts, Inc.

       Defendant.

---

Upon the Stipulation of the parties, this matter is hereby **DISMISSED, WITH**

**PREJUDICE** and on the merits, but without costs to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 16, 2006


                      s/Richard H. Kyle
                      RICHARD H. KYLE
                      United States District Judge